AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| CARLOS EDUARDO MARRÓN; JANE DOE; C.R., A MINOR; and S.A., A MINOR<br><br>*Plaintiff(s)*<br><br>v.<br><br>NICOLAS MADURO MOROS; FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA ("FARC"); THE CARTEL OF THE SUNS A.K.A. CARTEL DE LOS SOLES; VLADIMIR PADRINO LOPEZ; MAIKEL JOSE MORENO PEREZ; NESTOR LUIS REVEROL TORRES; TAREK WILLIAM SAAB; and TARECK EL AISSAMI<br><br>*Defendant(s)* | Civil Action No. 21-cv-23190-FAM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NICOLAS MADURO MOROS
Ministerio del Poder Popular del Despacho de la Presidencia, Palacio de Miraflores.
Final Avenida Urdaneta, Esquina de Bolero, Código Postal 1010, Distrito Capital, Caracas, Venezuela

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jaime D. Guttman, Scale Law Partners, LLC, 777 Brickell Avenue, Suite 500, Miami, FL 33131, (786) 273-9033
Alex C. Lakatos, Mayer Brown LLP, 1999 K Street NW, Washington, DC 20006, (202) 263-3000
Stephen M. Medlock, Mayer Brown LLP, 1999 K Street NW, Washington, DC 20006, (202) 263-3000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Sep 3, 2021

Angela E. Noble
Clerk of Court

s/ Johanna Borges
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| CARLOS EDUARDO MARRÓN; JANE DOE; C.R., A MINOR; and S.A., A MINOR<br><br>*Plaintiff(s)*<br>v.<br>NICOLAS MADURO MOROS; FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA ("FARC"); THE CARTEL OF THE SUNS A.K.A. CARTEL DE LOS SOLES; VLADIMIR PADRINO LOPEZ; MAIKEL JOSE MORENO PEREZ; NESTOR LUIS REVEROL TORRES; TAREK WILLIAM SAAB; and TARECK EL AISSAMI<br><br>*Defendant(s)* | Civil Action No. 21-cv-23190-FAM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  VLADIMIR PADRINO LOPEZ

Ministerio del Poder Popular de Defensa
Avenida Los Próceres, Fuerte Tiuna, Parroquia El Valle, Municipio Libertador, Código Postal 1090, Caracas, Venezuela

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jaime D. Guttman, Scale Law Partners, LLC, 777 Brickell Avenue, Suite 500, Miami, FL 33131, (786) 273-9033
Alex C. Lakatos, Mayer Brown LLP, 1999 K Street NW, Washington, DC 20006, (202) 263-3000
Stephen M. Medlock, Mayer Brown LLP, 1999 K Street NW, Washington, DC 20006, (202) 263-3000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Sep 3, 2021

Angela E. Noble
Clerk of Court

*s/ Johanna Borges*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

CARLOS EDUARDO MARRÓN; JANE DOE; C.R., A  )
MINOR; and S.A., A MINOR                  )
                                          )
                                          )
            *Plaintiff(s)*                )
                v.                        )   Civil Action No. 21-cv-23190-FAM
NICOLAS MADURO MOROS; FUERZAS ARMADAS     )
REVOLUCIONARIAS DE COLOMBIA ("FARC"); THE )
CARTEL OF THE SUNS A.K.A. CARTEL DE LOS SOLES; )
VLADIMIR PADRINO LOPEZ; MAIKEL JOSE MORENO )
PEREZ; NESTOR LUIS REVEROL TORRES; TAREK WILLIAM )
SAAB; and TARECK EL AISSAMI               )
            *Defendant(s)*                )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MAIKEL JOSE MORENO PEREZ

Palacio de Justicia. Tribunal Supremo de Justicia
Final Avenida Baralt, Esquina Dos Pilitas, Foro Libertador, Código Postal 1010, Distrito
Capital, Caracas, Venezuela

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jaime D. Guttman, Scale Law Partners, LLC, 777 Brickell Avenue, Suite 500, Miami, FL
33131, (786) 273-9033
Alex C. Lakatos, Mayer Brown LLP, 1999 K Street NW, Washington, DC 20006, (202)
263-3000
Stephen M. Medlock, Mayer Brown LLP, 1999 K Street NW, Washington, DC 20006, (202)
263-3000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Sep 3, 2021



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Johanna Borges*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| CARLOS EDUARDO MARRÓN; JANE DOE; C.R., A MINOR; and S.A., A MINOR<br><br>*Plaintiff(s)*<br>v.<br>NICOLAS MADURO MOROS; FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA ("FARC"); THE CARTEL OF THE SUNS A.K.A. CARTEL DE LOS SOLES; VLADIMIR PADRINO LOPEZ; MAIKEL JOSE MORENO PEREZ; NESTOR LUIS REVEROL TORRES; TAREK WILLIAM SAAB; and TARECK EL AISSAMI<br>*Defendant(s)* | Civil Action No. 21-cv-23190-FAM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NESTOR LUIS REVEROL TORRES
Ministerio del Poder Popular para la Energía Eléctrica
o N   18 Av. Gamboa, Caracas 1011, Distrito Capital, Venezuela

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jaime D. Guttman, Scale Law Partners, LLC, 777 Brickell Avenue, Suite 500, Miami, FL 33131, (786) 273-9033
Alex C. Lakatos, Mayer Brown LLP, 1999 K Street NW, Washington, DC 20006, (202) 263-3000
Stephen M. Medlock, Mayer Brown LLP, 1999 K Street NW, Washington, DC 20006, (202) 263-3000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Sep 3, 2021



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Johanna Borges*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| CARLOS EDUARDO MARRÓN; JANE DOE; C.R., A MINOR; and S.A., A MINOR<br><br>*Plaintiff(s)*<br>v.<br>NICOLAS MADURO MOROS; FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA ("FARC"); THE CARTEL OF THE SUNS A.K.A. CARTEL DE LOS SOLES; VLADIMIR PADRINO LOPEZ; MAIKEL JOSE MORENO PEREZ; NESTOR LUIS REVEROL TORRES; TAREK WILLIAM SAAB; and TARECK EL AISSAMI<br>*Defendant(s)* | Civil Action No. 21-cv-23190-FAM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  TAREK WILLIAM SAAB
Ministerio Público. Fiscal General
Avenida México, Esquinas de Pele Ojo a Misericordia, Código Postal 1011, Distrito Capital, Caracas, Venezuela

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jaime D. Guttman, Scale Law Partners, LLC, 777 Brickell Avenue, Suite 500, Miami, FL 33131, (786) 273-9033
Alex C. Lakatos, Mayer Brown LLP, 1999 K Street NW, Washington, DC 20006, (202) 263-3000
Stephen M. Medlock, Mayer Brown LLP, 1999 K Street NW, Washington, DC 20006, (202) 263-3000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: Sep 3, 2021

**SUMMONS**

*s/ Johanna Borges*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| CARLOS EDUARDO MARRÓN; JANE DOE; C.R., A MINOR; and S.A., A MINOR <br><br> *Plaintiff(s)* <br><br> v. <br><br> NICOLAS MADURO MOROS; FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA ("FARC"); THE CARTEL OF THE SUNS A.K.A. CARTEL DE LOS SOLES; VLADIMIR PADRINO LOPEZ; MAIKEL JOSE MORENO PEREZ; NESTOR LUIS REVEROL TORRES; TAREK WILLIAM SAAB; and TARECK EL AISSAMI <br><br> *Defendant(s)* | Civil Action No. 21-cv-23190-FAM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TARECK EL AISSAMI
Ministerio del Poder Popular de Petróleo
Avenida Libertador con calle El Empalme,
Complejo MinPetróleo - PDVSA, La Campiña,
Caracas, Venezuela.
Dtto. Capital 1100

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jaime D. Guttman, Scale Law Partners, LLC, 777 Brickell Avenue, Suite 500, Miami, FL 33131, (786) 273-9033
Alex C. Lakatos, Mayer Brown LLP, 1999 K Street NW, Washington, DC 20006, (202) 263-3000
Stephen M. Medlock, Mayer Brown LLP, 1999 K Street NW, Washington, DC 20006, (202) 263-3000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Sep 3, 2021



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Johanna Borges*

Deputy Clerk
U.S. District Courts