UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 21-23190-CIV-MORENO**

CARLOS EDUARDO MARRON, JANE DOE,
C.R., a minor, and S.A., a minor,

      Plaintiffs,

vs.

NICOLAS MADURO MOROS, FUERZAS
ARMADAS REVOLUCIONARIOS DE
COLOMBIA, CARTEL OF THE SUNS,
VLADIMIR PADRINO LOPEZ, MAIKEL
JOSE MORENO PEREZ, NESTOR LUIS
REVEROL TORRES, TAREK WILLIAM
SAAB, and TARECK EL AISSAMI,

      Defendants.
_____/

## ORDER GRANTING MOTION FOR SERVICE BY THE UNITED STATES MARSHAL

THIS CAUSE comes before the Court on Plaintiffs' Motion for An Order Directing Service by the U.S. Marshal's Service [ECF No. 8] filed on September 9, 2021. The Court has reviewed the Motion and the record and is otherwise fully advised. Based thereon, it is

ORDERED AND ADJUDGED that Plaintiffs' Motion for An Order Directing Service by the U.S. Marshal's Service [ECF 8] is GRANTED.

1. The Clerk is directed to sign and issue the Summons of Fuerzas Armadas Revolucionarias de Colombia, which appears at ECF No. [8-1].

2. Pursuant to Federal Rule of Civil Procedure 4(c)(3), the U.S. Marshal's Office, Colorado District Office, is directed to serve the complaint (ECF No. 1) and summons of Fuerzas Armadas Revolucionarias de Colombia on Juvenal Ovidio Ricardo Palmera Pineda (BOP Inmate #27896-016) at USP Florence Admax in accordance with the applicable Special Administrative Measures or BOP Regulations.

3. The U.S. Marshal's Office must return a completed Form USM-285 (Process Receipt and Return) to Plaintiff's counsel within 10 days after service.

DONE AND ORDERED in Chambers at Miami, Florida, this 13th of September 2021.

*Federico A. Moreno*
_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record