UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 21-23190-CIV-MORENO**

CARLOS EDUARDO MARRON, JANE DOE,
C.R., a minor, and S.A., a minor,

       Plaintiffs,

vs.

NICOLAS MADURO MOROS, FUERZAS
ARMADAS REVOLUCIONARIOS DE
COLOMBIA, CARTEL OF THE SUNS,
VLADIMIR PADRINO LOPEZ, MAIKEL
JOSE MORENO PEREZ, NESTOR LUIS
REVEROL TORRES, TAREK WILLIAM
SAAB, and TARECK EL AISSAMI,

       Defendants.
_____/

**ORDER GRANTING MOTINO FOR SERVICE BY THE UNITED STATES MARSHAL**

THIS CAUSE comes before the Court on Plaintiffs' Motion for An Order Directing Service by the U.S. Marshal's Service [ECF No. 9]. The Court has reviewed the Motion and the record and is otherwise fully advised. Based thereon, it is

ORDERED AND ADJUDGED that Plaintiffs' Motion for An Order Directing Service by the U.S. Marshal's Service [ECF No. 9] is GRANTED.

1. The Clerk is directed to sign and issue the Summons of the Cartel of the Suns, which appears at ECF No. [9-1].

2. Pursuant to Federal Rule of Civil Procedure 4(c)(3), the U.S. Marshal's Service is directed to serve the Summons of the Cartel of the Suns and Complaint (ECF. No. 1) on Cliver Antonio Alcala Cordones, who is presently in the custody of the U.S. Marshal's Service.

3. In light of security concerns, the U.S. Marshal's Service may redact or omit from the Form 2 743740700.1 8-Sep-21 18:24 285 (Proof of Service) the location at which the U.S. Marshal's Service served Alcala Cordones.

4. No later than 10 days after service, the U.S. Marshal's Service must return a completed Form USM-285 to Plaintiffs' counsel or file the completed Form USM-285 on the docket in this action (except the completed form need not include the location at which the U.S. Marshal's Service served Alcala Cordones).

DONE AND ORDERED in Chambers at Miami, Florida, this 13th of September 2021.

*Federico A. Moreno*

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record