AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| CARLOS EDUARDO MARRÓN; JANE DOE; C.R., A MINOR; and S.A., A MINOR<br><br>*Plaintiff(s)*<br>v.<br>NICOLAS MADURO MOROS; FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA ("FARC"); THE CARTEL OF THE SUNS A.K.A. CARTEL DE LOS SOLES; VLADIMIR PADRINO LOPEZ; MAIKEL JOSE MORENO PEREZ; NESTOR LUIS REVEROL TORRES; TAREK WILLIAM SAAB; and TARECK EL AISSAMI<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  1:21-cv-23190-FAM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA ("FARC")
Care of Juvenal Ovidio Ricardo Palmera Pineda
BOP Inmate No. 27896-016
USP Florence Admax
5880 Highway 67 South
Florence, Colorado

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jaime D. Guttman, Scale Law Partners, LLC, 777 Brickell Avenue, Suite 500, Miami, FL 33131
Alex C. Lakatos, Mayer Brown LLP, 1999 K Street NW, Washington, DC 20006
Stephen M. Medlock, Mayer Brown LLP, 1999 K Street NW, Washington, DC 20006
Jonathan S. Klein, Mayer Brown LLP, 1999 K Street NW, Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Sep 14, 2021

*s/ Lisa I. Streets*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:21-cv-23190-FAM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

' I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

' I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

' I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

' I returned the summons unexecuted because _____ ; or

' Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                              *Server's signature*

                                          _____
                                              *Printed name and title*

                                          _____
                                              *Server's address*

Additional information regarding attempted service, etc: