**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Carlos Eduardo Marron; Jane Doe; C.R., a minor, and; S.A., a minor | 1:21-cv-23190-FAM (S.D. Fla.) |
| DEFENDANT | TYPE OF PROCESS |
| Cartel of the Suns aka Cartel de los Soles, et al. | Civil summons and complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Cliver Antonio Alcala Cordones

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
See Court Order - Cordones is in custody of U.S. Marshal's Service at undisclosed location

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Jonathan S. Klein, jklein@mayerbrown.com
Mayer Brown, LLP
1999 K St NW
Washington, DC 20006

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 (summons and complaint) |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT

/s/ Jonathan S. Klein

TELEPHONE NUMBER: (202) 263-3327

DATE: 9/17/2021

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*

Total Process: 
District of Origin No.: 
District to Serve No.: 054
Signature of Authorized USMS Deputy or Clerk: [signature]
Date: 10/6/21

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*: CLIVER ANTONIO ALCALA CORDONES

Date: 10/6/21  Time: 2:30  [X] pm

Address *(complete only different than shown above)*:

Signature of U.S. Marshal or Deputy: [signature] 31513

Costs shown on *attached USMS Cost Sheet* >>

**REMARKS**

SERVICE FEE  4 HRS = 260
MILE FEE    130 MI = 72.8
TOTAL FEE = 332.8

Form USM-285
Rev. 03/21