UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

**Case Number: 21-23190-CIV-MORENO**

CARLOS EDUARDO MARRON, JANE DOE,
C.R., a minor, and S.A., a minor,

        Plaintiffs,

vs.

NICOLAS MADURO MOROS, FUERZAS
ARMADAS REVOLUCIONARIOS DE
COLOMBIA, CARTEL OF THE SUNS,
VLADIMIR PADRINO LOPEZ, MAIKEL
JOSE MORENO PEREZ, NESTOR LUIS
REVEROL TORRES, TAREK WILLIAM
SAAB, and TARECK EL AISSAMI,

        Defendants.

_____/

### ORDER GRANTING IN PART MOTION FOR LEAVE TO PROCEED ANONYMOUSLY BY PLAINTIFFS JANE DOE, C.R. and S.A.

THIS CAUSE came before the Court upon Motion for Leave to proceed anonymously by Plaintiffs Jane Doe, C.R., and S.A. **(D.E. 4)**..

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED in part as the the Plaintiff's children, who may proceed anonymously. It is

**ADJUDGED** that the motion is DENIED as to the Plaintiff's wife, Jane Doe. "A plaintiff should be permitted to proceed anonymously only in those exceptional cases involving matters of a . . .real danger of physical harm[.]" *Doe v. Frank*, 951 F.2d 320, 324 (11th Cir. 1992). As the

Plaintiff, Carlos Eduardo Marron, is identified by name in the complaint, it seems of no purpose for his wife to proceed anonymously.

DONE AND ORDERED in Chambers at Miami, Florida, this ___12___ of January 2022.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record