UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 21-23190-CIV-MORENO**

CARLOS EDUARDO MARRON, JANE DOE,
C.R., a minor, and S.A., a minor,

                Plaintiffs,

vs.

NICOLAS MADURO MOROS, FUERZAS
ARMADAS REVOLUCIONARIOS DE
COLOMBIA, CARTEL OF THE SUNS,
VLADIMIR PADRINO LOPEZ, MAIKEL
JOSE MORENO PEREZ, NESTOR LUIS
REVEROL TORRES, TAREK WILLIAM
SAAB, and TARECK EL AISSAMI,

                Defendants.

_____/

**ORDER GRANTING PLAINTIFFS' MOTION FOR ALTERNATIVE SERVICE UNDER
RULE 4(f)(3)**

    THIS CAUSE came before the Court upon Plaintiffs' Motion for Alternative Service of

Process **(D.E. 32)**, filed on **September 2, 2022**.

    THE COURT has considered the motion, the pertinent portions of the record, and being

otherwise fully advised in the premises, it is

    **ADJUDGED** that the motion is GRANTED.

    DONE AND ORDERED in Chambers at Miami, Florida, this _6th_ of September

2022.

                            _____

                            FEDERICO A. MORENO
                            UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record