UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 21-23190-CIV-MORENO**

CARLOS EDUARDO MARRON, JANE DOE,
C.R., a minor, and S.A., a minor,

    Plaintiffs,

vs.

NICOLAS MADURO MOROS, FUERZAS
ARMADAS REVOLUCIONARIOS DE
COLOMBIA, CARTEL OF THE SUNS,
VLADIMIR PADRINO LOPEZ, MAIKEL
JOSE MORENO PEREZ, NESTOR LUIS
REVEROL TORRES, TAREK WILLIAM
SAAB, and TARECK EL AISSAMI,

    Defendants.
_____/

## DEFAULT JUDGMENT AGAINST FUERZAS ARMADAS REVOLUCIONARIOS DE COLOMBIA AND CARTEL OF THE SUNS

THIS CAUSE came before the Court upon the Plaintiff's Motion for Default Judgment against Fuerzas Armadas Revolucionarios de Colombia and the Cartel of the Suns **(D.E. 26)** and the Clerk's Entry of Default against Defendants Fuerzas Armadas Revolucionarios de Colombia **(D.E. 21)** and the Cartel of the Suns **(D.E. 20)**.

THE COURT has considered the pertinent portions of the record, and is otherwise fully advised in the premises. A default has been entered against Defendants Fuerzas Armadas Revolucionarios de Colombia and the Cartel of the Suns for failure to answer or otherwise plead to the Summons and Complaint served by Plaintiffs. Accordingly, it is

**ADJUDGED** that the Motion for Default Final Judgment is **GRANTED**. Judgment is hereby entered in favor of Plaintiffs CARLOS EDUARDO MARRON, JANE DOE, C.R., a

minor, and S.A., a minor and against Defendants **FUERZAS ARMADAS REVOLUCIONARIOS DE COLOMBIA** and **CARTEL OF THE SUNS**. It is further

**ADJUDGED** that because the Plaintiffs have notified the Court that they have complied with the Court's Order Permitting Alternative Service as to the remaining Defendants, the Court will defer ruling on damages until such time as the Plaintiffs determine whether they will seek a default judgment as to the remaining Defendants.

DONE AND ORDERED in Chambers at Miami, Florida, this 27th of September, 2022.

*/s/ Federico A. Moreno*

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record