UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JANE DOE, et al.

        PLAINTIFF(S)

v.

NICOLAS MADURO MOROS, et al.,

        DEFENDANT(S).

CASE NUMBER
1:21−cv−23190−FAM

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**NICHOLAS MADURO MOROS
VLADIMIR PADRINO LOPEZ
MAIKAL JOSE MORENO PEREZ
NESTOR LUIS REVEROL TORRES
TAREK WILLIAM SAAB
TARECK EL AISSAMI**

as of course, on the date October 18, 2022.

**Angela E. Noble**
CLERK OF COURT

By  /s/ *Esperanza Buchhorst−Rodriguez*
Deputy Clerk

cc:  Judge Federico A. Moreno
     JANE DOE

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)