UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 21-23190-CIV-MORENO

CARLOS EDUARDO MARRON, JANE DOE,
C.R., a minor, and S.A., a minor,

        Plaintiffs,

vs.

NICOLAS MADURO MOROS, FUERZAS
ARMADAS REVOLUCIONARIOS DE
COLOMBIA, CARTEL OF THE SUNS,
VLADIMIR PADRINO LOPEZ, MAIKEL
JOSE MORENO PEREZ, NESTOR LUIS
REVEROL TORRES, TAREK WILLIAM
SAAB, and TARECK EL AISSAMI,

        Defendants.
_____/

## ORDER REQUIRING AFFIDAVITS AS TO DAMAGES

THIS CAUSE came before the Court upon the Motion for Final Default Judgment (**D.E. 41**), filed on **October 18, 2022**.

THE COURT has considered the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the Plaintiffs shall file affidavits as to the damages sustained by no later than **December 7, 2022**.

DONE AND ORDERED in Chambers at Miami, Florida, this ___21___ of November 2022.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record