IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 1:21-cv-23190-FAM

CARLOS EDUARDO MARRÓN; MARIA MARRÓN; C.R., A MINOR; and S.A., A MINOR,

    Plaintiffs,

vs.

NICOLAS MADURO MOROS;
FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA ("FARC"); THE CARTEL OF THE SUNS A.K.A. CARTEL DE LOS SOLES; VLADIMIR PADRINO LOPEZ; MAIKEL JOSE MORENO PEREZ; NESTOR LUIS REVEROL TORRES; TAREK WILLIAM SAAB; and TARECK EL AISSAMI,

    Defendants,
_____/

## PLAINTIFFS' NOTICE OF FILING OF DAMAGES AFFIDAVITS

In accord with the November 21, 2022 order requiring affidavits as to Plaintiffs' damages (ECF No. 42), Plaintiffs respectfully submit the affidavits of Carlos Marrón and Maria de Marrón.

The affidavits are attached as Exhibits 1 and 2 to this notice.

| Respectfully submitted on December 6, 2022. | */s/ Jonathan S. Klein*<br>Jonathan S. Klein<br>Florida Bar No. 125254<br>Mayer Brown LLP<br>jklein@mayerbrown.com<br>Alex C. Lakatos (*pro hac vice*)<br>alakatos@mayerbrown.com<br>1999 K St. NW<br>Washington, DC 20006<br>(202) 263-3000 (Main)<br><br>[*Signatures Continued on Next Page*] |
|---|---|

1

*/s/ Jaime D. Guttman*
Florida Bar No. 44076
*jaime@scale.law*
Scale Law Partners, LLC
777 Brickell Avenue, Suite 500
Miami, FL 33131
(786) 273-9033

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that I filed the foregoing paper through CM/ECF, which automatically and electronically delivered notice of filing to counsel of record for all parties that have appeared.

*/s/ Jonathan S. Klein*