IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 1:21-cv-23190-FAM

CARLOS EDUARDO MARRÓN, MARIA MARRÓN,
C.R., A MINOR, and S.A., A MINOR,

    Plaintiffs,

v.

NICOLAS MADURO MOROS,
FUERZAS ARMADAS REVOLUCIONARIAS
DE COLOMBIA ("FARC"), THE CARTEL OF
THE SUNS A.K.A. CARTEL DE LOS SOLES,
VLADIMIR PADRINO LOPEZ, MAIKEL
JOSE MORENO PEREZ, NESTOR LUIS
REVEROL TORRES, TAREK WILLIAM
SAAB, and TARECK EL AISSAMI,

    Defendants.
_____/

## FINAL JUDGMENT

In accord with Federal Rule of Civil Procedure 58 and the January 23, 2023 Order (ECF No. 44) granting Plaintiffs' Motion For a Default Final Judgment, Final Judgment is hereby **ENTERED** for Plaintiffs Carlos Eduardo Marrón, Maria Marrón, C.R., a minor, and S.A., a minor (together, "Plaintiffs") and against Defendants Nicholas Maduro Moros, Fuerzas Armadas Revolucionarios de Colombia, Cartel of the Suns, Vladimir Padrino Lopez, Maikel Jose Moreno Perez, Nestor Luis Reverol Torres, Tarek William Saab, and Tareck El Aissami (together, "Defendants"), jointly and severally, in the total amount of $153,843,976, for which sum let execution issue forthwith.

The following chart summarizes the damages that comprise this Final Judgment:

1

| Plaintiff | Injury | Amount (Before Trebling) | Amount (Trebled) |
|---|---|---|---|
| Carlos Marrón | Kidnapping and Torture | $25,947,992 | $77,843,976 |
| Maria de Marrón | Solatium, pain and suffering | $15,000,000 | $45,000,000 |
| C.R. | Solatium, pain and suffering | $5,000,000 | $15,000,000 |
| S.A. | Solatium, pain and suffering | $5,000,000 | $15,000,000 |
| Carlos Marrón | Defamation | $1,000,000 | $1,000,000 (no trebling) |
| **Plaintiffs' Total Compensatory Damages** | | | **$153,843,976** |

Post-judgment interest shall accrue on this Final Judgment pursuant to 28 U.S.C. § 1961.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 13th day of February, 2023.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

2