# CIVIL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE __**FEDERICO A. MORENO**__ Presiding

Case No. __21-23190-CV-MORENO__   Date: __March 2, 2023__

Clerk: __**Shirley Christie**__   Reporter: __**Gilda Pastor-Hernandez**__

**Marron, et al v. Maduro Moros, et al**


Reason for hearing: __**Miscellaneous Hearing**__


TIME:   30 minutes