UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 1:21-cv-23190-FAM

CARLOS EDUARDO MARRÓN;
MARIA MARRÓN; C.R., a minor;
And S.A., a minor,

    Plaintiffs,

v.

NICOLAS MADURO MOROS; FUERZAS
ARMADAS REVOLUCIONARIAS DE
COLOMBIA ("FARC"); THE CARTEL OF
THE SUNS A.K.A. CARTEL DE LOS
SOLES; VLADIMIR PADRINO LOPEZ;
MAIKEL JOSE MORENO PEREZ; NESTOR
LUIS REVEROL TORRES; TAREK
WILLIAM SAAB; AND TAREK EL AISSAMI,

    Defendants.
_____/

## DECLARATION OF REPRESENTATIVE OF GARNISHEE, SAFRA NATIONAL BANK OF NEW YORK

1. My name is Peter Javier. I am over the age of eighteen (18) and am competent to make statements in this declaration.

2. I am the Senior Executive Vice President of a garnishee in this action, Safra National Bank of New York ("Garnishee"), and have personal knowledge of the facts stated in this declaration.

3. As stated in the Garnishee's Answer to Writ of Garnishment Loisinette Carolina Leiva Pinto and Samark López Bello (the "Answer"), Loisinette Leiva previously maintained a deposit account with Garnishee (the "Loisinette Leiva Account").

CASE NO. 1:21-cv-23190-FAM

4.     The Loisinette Leiva Account was initially opened at the Miami (Brickell) branch of Garnishee but was subsequently transferred to Garnishee's New York branch.

5.     As further stated in the Answer, Garnishee closed the Loisinette Leiva Account in 2017, and issued (and subsequently re-issued) a check to Loisinette Leiva for the full amount of the funds in the account ($1,742,705.00), which check remains uncashed as of the date of this Declaration.

6.     The funds that were in Loisinette Leiva Account at Garnishee's New York branch were transferred to Garnishee's general ledger account at Garnishee's New York branch, where they currently remain as of the date of this Declaration.

7.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 05, 2024.


Peter Javier (Aug 5, 2024 07:52 PDT)