UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 1:21-cv-23190-FAM

CARLOS EDUARDO MARRÓN;
MARIA MARRÓN; C.R., a minor;
And S.A., a minor,

    Plaintiffs,

v.

NICOLAS MADURO MOROS; FUERZAS
ARMADAS REVOLUCIONARIAS DE
COLOMBIA ("FARC"); THE CARTEL OF
THE SUNS A.K.A. CARTEL DE LOS
SOLES; VLADIMIR PADRINO LOPEZ;
MAIKEL JOSE MORENO PEREZ; NESTOR
LUIS REVEROL TORRES; TAREK
WILLIAM SAAB; AND TAREK EL AISSAMI,

    Defendants.
_____/

## ORDER GRANTING MOTION FOR DISSOLUTION OF WRIT OF GARNISHMENT [225]

THIS CAUSE came before the Court on Loisinette Leiva's Motion for Dissolution of Writ of Garnishment Issued to Safra National Bank of New York [DE 194] and Incorporated Memorandum of Law [DE 225], filed by Loisinette Leiva on August 6, 2024. Upon due consideration, and being otherwise informed in the premises, it is hereby

ORDERED that the Motion is hereby GRANTED. It is further ORDERED that

1.    The writ of garnishment issued by this Court as to Safra National Bank of New York [DE 194] is hereby DISSOLVED.

2.    The Court lacks subject matter jurisdiction over Loisinette Leiva's funds located at Safra National Bank of New York's branch in the State of New York.

CASE NO. 1:21-cv-23190-FAM

3. Moreover, the funds of Loisinette Leiva are not subject to garnishment under TRIA, as they are not "blocked" for the purposes of TRIA.

DONE AND ORDERED IN Chambers in Miami, Florida, this _____ day of _____, 2024.

_____
THE HONORABLE FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE