**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**CASE NO. 1:21-cv-23190-FAM**

CARLOS EDUARDO MARRÓN;
MARIA MARRÓN; C.R., a minor;
and S.A., a minor,

    Plaintiffs,

v.

NICOLAS MADURO MOROS; FUERZAS
ARMADAS REVOLUCIONARIAS DE
COLOMBIA ("FARC"); THE CARTEL OF
THE SUNS A.K.A. CARTEL DE LOS
SOLES; VLADIMIR PADRINO LOPEZ;
MAIKEL JOSE MORENO PEREZ; NESTOR
LUIS REVEROL TORRES; TAREK
WILLIAM SAAB; and TAREK EL AISSAMI,

    Defendants.
_____/

## WRIT OF EXECUTION

THE STATE OF FLORIDA:
To All and Singular the Sheriffs of the State:
And the U.S. Marshal's Service

    YOU ARE COMMANDED TO levy on the property of Samark López Bello and his shell companies in the sum of $153,843,976 with interest accruing as set forth in 28 U.S.C. § 1961 until paid and to have this writ before the court when satisfied.

WITNESS ANGELA E. NOBLE, as Clerk of the Court, and the seal of said Court, at the

U.S. District Courthouse at Miami, Florida, this _7_ day of _January_, 2025.

Angela E. Noble
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
By: *Patricia Curtis*
Deputy Clerk