UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:21-cv-23190-MORENO/TORRES

| | |
|---|---|
| CARLOS EDUARDO MARRÓN; JANE DOE; C.R., a minor; and S.A., a minor, | ) ) ) |
| Plaintiffs/Judgment Creditors, | ) ) ) |
| v. | ) ) ) |
| NICOLAS MADURO MOROS; FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA ("FARC"); THE CARTEL OF THE SUNS A.K.A. CARTEL DE LOS SOLES; VLADIMIR PADRINO LOPEZ; MAIKEL JOSE MORENO PEREZ; NESTOR LUIS REVEROL TORRES; TAREK WILLIAM SAAB; and TARECK EL AISSAMI, | ) ) ) ) ) ) ) ) ) |
| Defendants/Judgment Debtors. | ) ) |

**JPMORGAN CHASE BANK, N.A.'S NOTICE OF
TURNOVER OF BLOCKED FUNDS TO ANTONIO CABALLERO
UNDER § 201(a) OF THE TERRORISM RISK INSURANCE ACT**

JPMorgan Chase Bank, N.A. ("JPMorgan") hereby responds to Plaintiffs' "Notice Concerning Writ of Garnishment Directed at Bunge Latin America LLC (ECF No. 219)" (ECF No. 307) to advise the Court as follows:

On April 3, 2025, JPMorgan transferred the funds in the blocked account at issue (the "Blocked Account") to Antonio Caballero ("Caballero") – another judgment creditor of the FARC – in his proceeding in the Southern District of New York entitled *Caballero v. Fuerzas Armadas Revolucionarias de Colombia et al.*, Case No. 1:20-mc-00249-PAC ("*Caballero*"). JPMorgan made the transfer in accordance with the *Caballero* Court's Order entered February 12, 2025 (the "Turnover Order," *Caballero* D.E. 135) granting Caballero's motion for the

turnover of the Blocked Account under § 201(a) of the Terrorism Risk Insurance Act, and directing that the blocked funds be transferred to Caballero after the time to appeal the Turnover Order had expired. The Marron Plaintiffs were at all times on notice of the proceedings in *Caballero* regarding the Blocked Account and chose not to participate in them.

The Blocked Account (with account number ending 036) had been established by JPMorgan, in the original amount of $6,700,833, in February 2017 following discussions with non-party Bunge Latin America LLC. The Blocked Account was blocked under 31 C.F.R § 598, the Foreign Narcotics Kingpin Sanctions administered by the Office of Foreign Assets Control of the U.S. Treasury Department, and JPMorgan, as garnishee, had since then held the Blocked Account in New York up to the time of the turnover.

Dated: April 11, 2025

Respectfully submitted,

*/s/ Mark A. Salky*
Mark A. Salky
Florida Bar No. 588221
salkym@gtlaw.com
GREENBERG TAURIG, P.A.
333 S.E. 2nd Avenue, Suite 4100
Miami, Florida 33131
Tel – 305.579.0500

and

*/s/ Steven B. Feigenbaum*
Steven B. Feigenbaum
Admitted *Pro Hac Vice*
sfeigenbaum@braverlaw.net
BRAVERMAN GREENSPUN P.C.
110 East 42nd Street
New York, New York 10017
Tel – 212.682.2900

*Co-Counsel for Non-Party JPMorgan Chase Bank, N.A.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of April, 2025, the foregoing was filed and uploaded to the Court's CM/ECF system, providing notice to all counsel of record.

By: /s/ Mark A. Salky
MARK A. SALKY