IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 1:21-cv-23190-FAM

CARLOS EDUARDO MARRÓN;
MARIA MARRÓN; C.R., a minor;
and S.A., a minor,

      Plaintiffs / Judgment Creditors,

v.

NICOLAS MADURO MOROS; FUERZAS
ARMADAS REVOLUCIONARIAS DE
COLOMBIA ("FARC"); THE CARTEL OF
THE SUNS A.K.A. CARTEL DE LOS
SOLES; VLADIMIR PADRINO LÓPEZ;
MAIKEL JOSE MORENO PEREZ; NESTOR
LUIS REVEROL TORRES; TAREK
WILLIAM SAAB; and TAREK EL AISSAMI,

      Defendants / Judgment Debtors.
_____/

**NOTICE OF VOLUNTARY DISSOLUTION OF WRIT OF GARNISHMENT
DIRECTED AT BUNGE LATIN AMERICA LLC (ECF No. 219)**

    Judgment Creditors hereby file this voluntary dissolution of the Writ of Garnishment directed at Bunge Latin America LLC (ECF No. 219).

    Respectfully submitted on April 11, 2025.

                                                    */s/ Jaime D. Guttman*
                                                    Fla. Bar No. 44076
                                                    *jaime@scale.law*
                                                    Scale Law Partners, LLC
                                                     777 Brickell Avenue, Suite 500
                                                     Miami, FL 33131
                                                     (786) 273-9033 (Main)

                                                     *Counsel for Plaintiffs / Judgment Creditors*

## **CERTIFICATE OF SERVICE**

I certify that I filed this document on April 11, 2025, through CM/ECF, which automatically and electronically delivered notice of filing to counsel of record for all parties that have appeared.

*/s/ Jaime D. Guttman*