UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 21-23190-CIV-MORENO

CARLOS EDUARDO MARRON, MARIA MARRON, C.R., a minor, and S.A., a minor,

    Plaintiffs,

vs.

NICOLAS MADURO MOROS, FUERZAS ARMADAS REVOLUCIONARIOS DE COLOMBIA, CARTEL OF THE SUNS, VLADIMIR PADRINO LOPEZ, MAIKEL JOSE MORENO PEREZ, NESTOR LUIS REVEROL TORRES, TAREK WILLIAM SAAB, and TARECK EL AISSAMI,

    Defendants.
_____/

## ORDER DISSOLVING WRIT OF GARNISHMENT DIRECTED AT BUNGE LATIN AMERICA LLC

THIS CAUSE came before the Court upon the Notice of Voluntary Dismissal of Writ of Garnishment Directed at Bunge Latin America LLC **(D.E. 310)**, filed on **April 11, 2025** and Bunge Latin America LLC's Answer to the Writ of Garnishment. THE COURT has considered the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that the Writ of Garnishment Directed at Bunge Latin America LLC **(D.E. 219)** is DISSOLVED and Bunge Latin America, LLC is discharged and relieved from any further liability under the Writ of Garnishment. It is also

**ADJUDGED** that the Clerk of Court is ORDERED AND DIRECTED to pay to Garnishee Bunge Latin America, LLC the sum of $100 as deposited in the court registry for attorneys' fees expended in obtaining representation in response to the writ. *See* Fla. Stat. §

77.28 (2015).

      DONE AND ORDERED in Chambers at Miami, Florida, this 21st of April 2025.

                                                FEDERICO A. MORENO
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record