UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 21-23190-CIV-MORENO

CARLOS EDUARDO MARRON, MARIA MARRON, C.R., a minor, and S.A., a minor,

    Plaintiffs,

vs.

NICOLAS MADURO MOROS, FUERZAS ARMADAS REVOLUCIONARIOS DE COLOMBIA, CARTEL OF THE SUNS, VLADIMIR PADRINO LOPEZ, MAIKEL JOSE MORENO PEREZ, NESTOR LUIS REVEROL TORRES, TAREK WILLIAM SAAB, and TARECK EL AISSAMI,

    Defendants.
_____/

## ORDER REQUIRING RESPONSE FROM OFFICE OF FOREIGN ASSET CONTROL

THIS CAUSE came before the Court upon the Plaintiffs' Motion for Final TRIA Turnover Judgment **(D.E. 302)** and Loisinette Leiva's Motion to Dissolve Writ of Garnishment **(D.E. 225)**. The parties dispute whether the account held in Loisinette Leiva's name at Safra National Bank of New York holding approximately $1.8 million in funds is the subject of an OFAC-block. Loisinette Leiva is the wife of Samark Lopez Bello, who is on OFAC's Specially Designated Nationals List and his assets are blocked. Leiva claims that the funds in her account are not subject to the OFAC block. Given this factual dispute, the Court requests the Office of Foreign Asset Control to advise on whether the account is the subject of its block on Samark Lopez Bello's assets and property. The Court requests OFAC provide a statement to the Court by no later than **July 30, 2025**.

DONE AND ORDERED in Chambers at Miami, Florida, this _13th_ of June 2025.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

U.S. Attorney's Office

Office of Foreign Assets Control
U.S. Department of the Treasury
Treasury Annex / Freedman's Bank Building
1500 Pennsylvania Avenue, NW
Washington, DC 20220