# WRIT OF EXECUTION

| UNITED STATES DISTRICT COURT | DISTRICT Southern District of Florida |
|---|---|

| TO THE MARSHAL OF: The Southern District of Florida |
|---|
| Marron et al v. Maduro Moros et al 21-cv-23190-FAM |

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME

4100 Salzedo Street, Unit 1010
Coral Gables, FL 33146

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | DOLLAR AMOUNT |
|---|---|
| $153,843,976 | and 00 |

in the United States District Court for the **Southern** District of **Florida**,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

RIM Group Investments Corp.

and also the costs that may accrue under this writ.
    And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE Florida | DISTRICT Southern District of Florida |
|---|---|
| CITY Miami | DATE Jun 24, 2025 |

Witness the Honorable _____
*(United States Judge)*

| DATE | CLERK OF COURT |
|---|---|
| Jun 24, 2025 | Angela E. Noble |
| | (BY) DEPUTY CLERK  Esperanza Buchhorst |

**RETURN**

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| | |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
| | |