UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 21-23190-CIV-MORENO

CARLOS EDUARDO MARRON, MARIA MARRON, C.R., a minor, and S.A., a minor,

    Plaintiffs,

vs.

NICOLAS MADURO MOROS, FUERZAS ARMADAS REVOLUCIONARIOS DE COLOMBIA, CARTEL OF THE SUNS, VLADIMIR PADRINO LOPEZ, MAIKEL JOSE MORENO PEREZ, NESTOR LUIS REVEROL TORRES, TAREK WILLIAM SAAB, and TARECK EL AISSAMI,

    Defendants.
_____/

## ORDER DENYING WITHOUT PREJUDICE MOTION FOR DISSOLUTION OF WRIT OF GARNISHMENT AND MOTION FOR TRIA TURNOVER JUDGMENT

THIS CAUSE came before the Court upon Motion for Dissolution of Writ of Garnishment by Loisinette Leiva (**D.E. 225**) and Plaintiffs' Motion for Judgment TRIA Turnover Judgment (**D.E. 302**). THE COURT has considered the motions, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motions are DENIED without prejudice with leave to refile after the Office of Foreign Asset Control has had an opportunity to respond to the Court's request as to whether the account that is the subject of the motions is blocked. By separate order, the Court requested the Office of Foreign Asset Control file a response by **July 30, 2025**.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ of June 2025.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record