UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 21-23190-CIV-MORENO**

CARLOS EDUARDO MARRON, MARIA
MARRON, C.R., a minor, and S.A., a minor,

     Plaintiffs,

vs.

NICOLAS MADURO MOROS, FUERZAS
ARMADAS REVOLUCIONARIOS DE
COLOMBIA, CARTEL OF THE SUNS,
VLADIMIR PADRINO LOPEZ, MAIKEL
JOSE MORENO PEREZ, NESTOR LUIS
REVEROL TORRES, TAREK WILLIAM
SAAB, and TARECK EL AISSAMI,

     Defendants.

_____/

## ORDER SETTING SECOND HEARING ON JUNE 18, 2026

THIS CAUSE came before the Court upon El Fondo de Proteccion Social de los Depositos

Bancarios (FOGADE) (D.E. 532). Given that the same counsel represents both FOGADE and tthe

Banco de la Fuerza Armada Nacional and the overlapping issues present in the motions, the Court

finds it advisable to schedule a second hearing.

**ADJUDGED** that a hearing shall take place before the undersigned United States District

Judge Federico A. Moreno, at the United States Courthouse, Wilkie D. Ferguson Jr. Building,

Courtroom 12-2, 400 North Miami Avenue, Miami, Florida 33128, on **June 18, 2026 at 11:00**

**AM**. Only counsel for the Plaintiffs/Judgment Creditors and FOGADE need appear at this

hearing. Counsel shall file a brief statement by **Tuesday June 16, 2026** listing the issues that overlap between FOGADE's motion and the Banco de la Fuerza Armada Nacional's motion and explaining how the motions differ.

DONE AND ORDERED in Chambers at Miami, Florida, this ___/1___ of June 2026.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

2